# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 12-17666-AMC

KEVIN H SUMNER
ANITA L SUMNER

423 INKWELL COURT
OXFORD, PA 19363

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    KEVIN H SUMNER
    ANITA L SUMNER

    423 INKWELL COURT
    OXFORD, PA 19363

Counsel for debtor(s), by electronic notice only.

    KATHERINE SCHREIBER
    4005 GYPSY LANE

    PHILA, PA 19129-5527

Date: 8/5/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee