## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Kevin H. Sumner and Anita L. Sumner     CHAPTER 13
      Debtor(s)

BKY. NO. 12-17666 BIF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of The Bank of New York Mellon Trust Company, National Association fka The Bank of New York  Trust Company, N.A., as successor to JPMorgan Chase Bank N.A., as trustee for RAMP 2003-RS7, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0194

                Respectfully submitted,

                **/s/Thomas Puleo, Esquire**
                Thomas Puleo, Esquire
                Brian C. Nicholas, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406