United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 12-17666-amc
Kevin H. Sumner                                                           Chapter 13
Anita L. Sumner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: Antoinett           Page 1 of 2           Date Rcvd: Nov 16, 2017
                               Form ID: 138NEW           Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.
```
db/jdb         +Kevin H. Sumner,    Anita L. Sumner,    423 Inkwell Court,    Oxford, PA 19363-1826
cr             +Landmark Asset Receivables Management,    7340 S Kyrene Rd,    TEMPE, AZ 85283-4573
cr             +Santander Consumer USA Inc.,    PO Box 562088,    Suite 900 North,    Dallas, TX 75356-2088
cr             +WELLS FARGO HOME MORTGAGE,    MAC X7801-014,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
12832026        AR Resources/Wills Eye Hospital,    PO Box 1056,    Blue Bell PA 19422-0287
12832025       +American Express,   PO Box 981537,    El Paso TX 79998-1537
12963263        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12855818        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12832027       +Barclays Bank Delaware,    700 Prides Crossing,    Newark DE 19713-6102
12962136       +Beneficial Consumer Discount Company,    PO Box 12907,    Norfolk, VA 23541-0907
12832028       +Beneficial/Household Finance,    PO Box 3425,    Buffalo NY 14240-3425
12832049      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,     PO Box 182564,    Columbus OH 43218-2564)
12893231        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
12832029       +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City UT 84130-0281
12832031       +Chase BP,   PO Box 15298,    Wilmington DE 19850-5298
12832030       +Chase Bank USA,    PO Box 15298,    Wilmington DE 19850-5298
12832048        Chase Disney Visa,    PO Box 15153,    Wilmington DE 19886-5153
12832032       +Chase/Bank One Card Service,    PO Box 15298,    Wilmington DE 19850-5298
12936247        Edmonds and Associates at Wills,    840 Walnut St. Ste. 1010,    Philadelphia PA 19107-5109
12832034       +GMAC Mortgage,    PO Box 4622,    Waterloo IA 50704-4622
12834393       +HOUSEHOLD REALTY CORPORATION,    636 GRAND REGENCY BLVD,    BRANDON, FL 33510-3942
12832036       +HSBC Mortgage Services,    PO Box 3425,    Buffalo NY 14240-3425
12832035        Home Depot/CBNA,    PO Box 6497,    Sioux Falls SD 57117-6497
13359622        Isle of Bali II Condo. Assoc. Inc,    P O Box 863596,    Orlando, FL 32886-3596
13359398        Isle of Bali II Condominium Assoc Inc,    PO Box 863596,    Orlando FL 32886-3596
12832037        Jennersville Regional Hospital,    1605 Valley Stream Parkway,    Suite 200,
                Bethlehem PA 18017-2345
12832052        Juniper Card Services,    PO Box 13337,    Philadelphia PA 19101-3337
13474399       +Landmark Asset Receivables Management,    7340 S Kyrene Rd,    Recovery Dept - T120,
                Tempe, AZ 85283-4573
12832038        MCM/Verizon PA,    PO Box 60578,    Los Angeles CA 90060-0578
12915840        Main Street Acquisition Corp., assignee,     of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                POB 3001,    Malvern, PA 19355-0701
12832039       +Medical Data Systems,    2001 9th Ave Suite 312,    Vero Beach FL 32960-6413
12832040       +Medical Revenue Services/Jennersville Regional Hos,    645 Walnut St. Suite 5,
                Gadsden AL 35901-4173
13305070        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
12832041       +PASI/Jennersville Regional Hospital,    7100 Commerce Way Suite 100,    Brentwood TN 37027-6935
12832042        PGW,    PO Box 11700,    Newark NJ 07101-4700
12936246       +Penn Credit/QVC,    PO Box 1259,    Oaks PA 19456-1259
12836494       +Santander Consumer USA,    Po Box 560284,    Dallas, TX 75356-0284
12980277       +Spear Wilderman 401 (k) Plan,    230 S. Broad Street,    Suite 1400,
                Philadelphia, PA 19102-4104
12966281       +The Bank of New York Mellon et al,    GMAC Mortgage, LLC,    Attn: Payment Processing,
                3451 Hammond Avenue,    Waterloo, IA 50702-5300
12832044       +Trident Asset Management,    Columbia House,    PO Box 888424,    Atlanta GA 30356-0424
12832045       +Trumark Financial Credit Union,    1000 Northbrook Drive,    Trevose PA 19053-8430
12953822       +WELLS FARGO BANK, NA,    ATTENTION: BANKRUPTCY DEPARTMENT,    MAC # D3347-014,
                3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
12993136       +Wells Fargo Bank, N.A.,    Attention: Bankruptcy Department,    MAC # D3347-014,
                3476 Stateview Boulevard,    Fort Mill, Sc 29715-7203
12832046       +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines IA 50306-0335
12832047        Wills Eye Institute,    PO Box 827103,    Philadelphia PA 19182-7103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 17 2017 01:53:24      City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2017 01:52:23      Pennsylvania Department of Revenue,     Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2017 01:52:56      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
NONE            E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:41      GREEN TREE SERVICING, LLC.,
                7360 S. KYRENE ROAD,    RECOVERY DEPT. T-120,    TEMPE, AZ 85283-8432
12874954       +E-mail/Text: bncmail@w-legal.com Nov 17 2017 01:52:53      AZUREA I, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12968332        E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:40      GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
12832033        E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:40      GECRB/ JC Penney,    PO Box 965001,
                Orlando FL 32896-5001
```

```
District/off: 0313-2           User: Antoinett             Page 2 of 2                  Date Rcvd: Nov 16, 2017
                               Form ID: 138NEW             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
12832051       E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:46:19      GECRB/Lowe's,    PO Box 981064,
                El Paso TX  79998-1064
12931186      +E-mail/Text: ally@ebn.phinsolutions.com Nov 17 2017 01:51:31      GMAC Mortgage LLC,
                Attn:  Bankruptcy Department,    1100 Virginia Drive,    Ft. Washington PA 19034-3277
13369170      +E-mail/PDF: gecsedi@recoverycorp.com Nov 17 2017 01:45:03      Green Tree Servicing LLC,
                7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
12892384       E-mail/PDF: resurgentbknotifications@resurgent.com Nov 17 2017 02:01:00
                LVNV Funding, LLC its successors and assigns as,     assignee of One Main Financial Inc.,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12832053      +E-mail/Text: electronicbkydocs@nelnet.net Nov 17 2017 01:52:34       NelNet,   PO Box 82561,
                Lincoln NE 68501-2561
12832050       E-mail/PDF: cbp@onemainfinancial.com Nov 17 2017 01:46:13       One Main Financial,
                PO Box 140489,   Irving TX  75014-0489
12951690       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 02:01:56
                Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13035436      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 17 2017 02:00:27
                PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12922361*      Main Street Acquisition Corp., assignee,     of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                POB 3001,   Malvern, PA 19355-0701
12980278*     +Spear Wilderman 401 (k) Plan,    230 S. Broad Street,    Suite 1400,
                Philadelphia, PA 19102-4104
12832043      ##Santander Consumer USA,    PO Box 25120,    Lehigh Valley PA  18002-5120
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2017 at the address(es) listed below:
```
              ANDREW  SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon et al....
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              KATHERINE  SCHREIBER    on behalf of Plaintiff Kevin H. Sumner kathy_schreiber@yahoo.com
              KATHERINE  SCHREIBER    on behalf of Plaintiff Anita L. Sumner kathy_schreiber@yahoo.com
              KATHERINE  SCHREIBER    on behalf of Debtor Kevin H. Sumner kathy_schreiber@yahoo.com
              KATHERINE  SCHREIBER    on behalf of Joint Debtor Anita L. Sumner kathy_schreiber@yahoo.com
              SENIQUE MONEE MOORE    on behalf of Creditor    WELLS FARGO HOME MORTGAGE
               senique.moore@wellsfargo.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon et al....
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kevin H. Sumner and Anita L. Sumner
    Debtor(s)

Bankruptcy No: 12−17666−amc
Chapter: 13

---

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 11/16/17

87 – 85
Form 138_new