United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Kevin H. Sumner  
Anita L. Sumner  
    Debtors

Case No. 12-17666-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Nov 16, 2017  
                  Form ID: 212       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2017.  
db/jdb       +Kevin H. Sumner,    Anita L. Sumner,    423 Inkwell Court,    Oxford, PA 19363-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2017                                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2017 at the address(es) listed below:

         ANDREW    SPIVACK     on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com  
         ANDREW F GORNALL     on behalf of Creditor    The Bank of New York Mellon et al....  
          agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         ANDREW F GORNALL     on behalf of Creditor    GMAC MORTGAGE, LLC agornall@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         KATHERINE    SCHREIBER     on behalf of Joint Debtor Anita L. Sumner kathy_schreiber@yahoo.com  
         KATHERINE    SCHREIBER     on behalf of Plaintiff Kevin H. Sumner kathy_schreiber@yahoo.com  
         KATHERINE    SCHREIBER     on behalf of Plaintiff Anita L. Sumner kathy_schreiber@yahoo.com  
         KATHERINE    SCHREIBER     on behalf of Debtor Kevin H. Sumner kathy_schreiber@yahoo.com  
         SENIQUE MONEE MOORE     on behalf of Creditor    WELLS FARGO HOME MORTGAGE  
          senique.moore@wellsfargo.com  
         THOMAS I. PULEO     on behalf of Creditor    The Bank of New York Mellon et al....  
          tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com,    philaecf@gmail.com  
         WILLIAM EDWARD CRAIG     on behalf of Creditor    Santander Consumer USA Inc.  
          ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com  
                                                                                                                              TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                Chapter: 13

    Kevin H. Sumner and Anita L. Sumner

Debtor(s)                                                  Case No: 12−17666−amc

___

*ORDER*

      AND NOW, 11/16/17 , it appearing that the debtor must file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 1328(g)(1), or a request for a waiver from this requirement, see 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support obligations and Section 522(q), see 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support obligation certification were due no later than the last payment made by the debtor as required by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date of this order to file

        ☑ A statement regarding completion of an instructional course concerning personal financial management, (Official Form B423) or a request for a waiver from such requirement.

        ☑ A certification regarding domestic support obligations and Section 522(q), (Director's Form B2830);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 13 discharge.

                                                                                                            For The Court

                                                                                                             Ashely M. Chan

                                                                                                             Judge ,United States Bankruptcy Court