Certificate Number: 11760-PAE-DE-030225640

Bankruptcy Case Number: 12-17666



11760-PAE-DE-030225640

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2017, at 5:11 o'clock PM PST, Anita Sumner completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: November 27, 2017    By:    /s/Jennifer L Walter

Name:  Jennifer L Walter

Title:  Teacher