Certificate Number: 11760-PAE-DE-030225620

Bankruptcy Case Number: 12-17666



11760-PAE-DE-030225620

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 27, 2017, at 5:10 o'clock PM PST, Kevin Sumner completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    November 27, 2017

By:    /s/Jennifer L Walter

Name:    Jennifer L Walter

Title:    Teacher