United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin H. Sumner
Anita L. Sumner
    Debtors

Case No. 12-17666-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Dec 22, 2017
                         Form ID: 195       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
db/jdb         +Kevin H. Sumner,   Anita L. Sumner,   423 Inkwell Court,   Oxford, PA 19363-1826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2017 at the address(es) listed below:
         ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
         ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon et al....
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         ANDREW F GORNALL    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         KATHERINE   SCHREIBER    on behalf of Joint Debtor Anita L. Sumner kathy_schreiber@yahoo.com
         KATHERINE   SCHREIBER    on behalf of Plaintiff Kevin H. Sumner kathy_schreiber@yahoo.com
         KATHERINE   SCHREIBER    on behalf of Plaintiff Anita L. Sumner kathy_schreiber@yahoo.com
         KATHERINE   SCHREIBER    on behalf of Debtor Kevin H. Sumner kathy_schreiber@yahoo.com
         SENIQUE MONEE MOORE    on behalf of Creditor    WELLS FARGO HOME MORTGAGE
          senique.moore@wellsfargo.com
         THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon et al....
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
          ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                          TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Kevin H. Sumner and Anita L. Sumner  : Case No. 12−17666−amc
    Debtor(s)

*ORDER*
_____

    AND NOW, this day , 22nd day of December, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

95
Form 195