United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Kevin H. Sumner
Anita L. Sumner
    Debtors

Case No. 12-17666-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 2    Date Rcvd: Dec 22, 2017
                  Form ID: 3180W    Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2017.
```
db/jdb         +Kevin H. Sumner,    Anita L. Sumner,    423 Inkwell Court,    Oxford, PA 19363-1826
13474399       +Landmark Asset Receivables Management,    7340 S Kyrene Rd,    Recovery Dept - T120,
                 Tempe, AZ 85283-4573
13305070        Navient Solutions, Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                 Wilkes-Barre, PA 18773-9635
12966281       +The Bank of New York Mellon et al,    GMAC Mortgage, LLC,    Attn: Payment Processing,
                 3451 Hammond Avenue,    Waterloo, IA 50702-5300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 23 2017 00:42:24     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 23 2017 00:41:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 23 2017 00:42:22     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12874954       +EDI: OPHSUBSID.COM Dec 23 2017 00:43:00      AZUREA I, LLC,    C O WEINSTEIN AND RILEY, PS,
                 2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12963263        EDI: BECKLEE.COM Dec 23 2017 00:43:00      American Express Bank, FSB,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
12855818        EDI: BECKLEE.COM Dec 23 2017 00:43:00      American Express Centurion Bank,
                 c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12893231        EDI: CAPITALONE.COM Dec 23 2017 00:43:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
12931186       +EDI: GMACFS.COM Dec 23 2017 00:43:00      GMAC Mortgage LLC,    Attn: Bankruptcy Department,
                 1100 Virginia Drive,    Ft. Washington PA 19034-3277
13369170       +EDI: RMSC.COM Dec 23 2017 00:43:00      Green Tree Servicing LLC,    7340 S. Kyrene Rd.,
                 Recovery Dept - T120,    Tempe, AZ 85283-4573
12892384        EDI: RESURGENT.COM Dec 23 2017 00:43:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of One Main Financial Inc.,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
12915840        EDI: BL-CREDIGY.COM Dec 23 2017 00:43:00      Main Street Acquisition Corp., assignee,
                 of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
12951690        EDI: PRA.COM Dec 23 2017 00:43:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
13035436       +EDI: PRA.COM Dec 23 2017 00:43:00      PRA Receivables Management, LLC,    POB 41067,
                 Norfolk, VA 23541-1067
12836494       +EDI: DRIV.COM Dec 23 2017 00:43:00      Santander Consumer USA,    Po Box 560284,
                 Dallas, TX 75356-0284
12953822       +EDI: WFFC.COM Dec 23 2017 00:43:00      WELLS FARGO BANK, NA,    ATTENTION: BANKRUPTCY DEPARTMENT,
                 MAC # D3347-014,    3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
12993136       +EDI: WFFC.COM Dec 23 2017 00:43:00      Wells Fargo Bank, N.A.,
                 Attention: Bankruptcy Department,    MAC # D3347-014,    3476 Stateview Boulevard,
                 Fort Mill, Sc 29715-7203
                                                                                               TOTAL: 16

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12922361*      Main Street Acquisition Corp., assignee,    of CHASE BANK USA, N. A.,    c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                  Signature:  /s/Joseph Speetjens

```
District/off: 0313-2                  User: admin                    Page 2 of 2                  Date Rcvd: Dec 22, 2017
                                      Form ID: 3180W                 Total Noticed: 20
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    Wells Fargo Bank, NA paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    GMAC MORTGAGE, LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    The Bank of New York Mellon et al....
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              KATHERINE   SCHREIBER    on behalf of Plaintiff Kevin H. Sumner kathy_schreiber@yahoo.com
              KATHERINE   SCHREIBER    on behalf of Plaintiff Anita L. Sumner kathy_schreiber@yahoo.com
              KATHERINE   SCHREIBER    on behalf of Debtor Kevin H. Sumner kathy_schreiber@yahoo.com
              KATHERINE   SCHREIBER    on behalf of Joint Debtor Anita L. Sumner kathy_schreiber@yahoo.com
              SENIQUE MONEE MOORE    on behalf of Creditor    WELLS FARGO HOME MORTGAGE
               senique.moore@wellsfargo.com
              THOMAS I. PULEO    on behalf of Creditor    The Bank of New York Mellon et al....
               tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 12
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Kevin H. Sumner** | Social Security number or ITIN **xxx–xx–5338** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Anita L. Sumner** | Social Security number or ITIN **xxx–xx–4598** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **12–17666–amc**

# Order of Discharge
12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kevin H. Sumner                    Anita L. Sumner

12/21/17                    **By the court:**    <u>Ashely M. Chan</u>
                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**